IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH A. HALL, PROPOSED INTERVENOR,
Appellant,
vs.
ROBERT ALLEN, AN ARIZONA RESIDENT; STEVEN GIORDANO, A NEW JERSEY RESIDENT; AND GLOYD ROBINSON, A NEW JERSEY RESIDENT,
Respondents.

No. 84853

FILED

JUL 05 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of withdrawal this appeal is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Susan Johnson, District Judge
        Law Office of Bradley L. Booke
        Hone Law
        Marquis Aurbach Coffing
        Eighth District Court Clerk

22-20938